UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CENTRAL GARDEN & PET COMPANY, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>LEETRONICS CORPORATION, et al.,<br><br>Defendants. | Case No. 23-cv-03157-AMO<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION, GRANTING MOTION FOR DEFAULT JUDGMENT, & ISSUING PERMANENT INJUNCTION**<br><br>Re: Dkt. Nos. 12, 20 |

The Court has reviewed Magistrate Judge Sallie Kim's Report and Recommendation Re: Plaintiffs' Motion for Default Judgment. ECF 20. Plaintiffs served Defendants with a copy of the Report and Recommendation on April 22, 2024, and again on April 29, 2024.[1] ECF 21. Defendants did not file objections to the Report and Recommendation, and the time for doing so has passed. *See* Fed. R. Civ. P. 72(b)(2) ("Within 14 days after being served with a copy of the recommended disposition, a party may serve and file specific written objections to the proposed findings and recommendations.").

///

///

///

///

---

[1] On April 22, 2024, Plaintiffs sent a copy of the Report and Recommendation to Defendants via regular mail and FedEx overnight delivery at the address where Defendants were originally personally served in this action. ECF 21 ¶ 3 & Ex. A. In an abundance of caution, on April 29, 2024, Plaintiffs again served Defendants after discovering another address linked to them. *Id.* ¶¶ 5-6 & Ex. B.

The Court finds the Report and Recommendation correct, well-reasoned, and thorough, and **ADOPTS** it in every respect. Accordingly, Plaintiffs' Motion for Default Judgment, ECF 12, is **GRANTED**, and their request for injunctive relief is **GRANTED** as follows:

> Defendants, their officers, agents, employees and all persons acting or claiming to act on their behalf, are permanently enjoined from advertising, selling, distributing, manufacturing, or displaying any of Plaintiffs' products or from advertising, selling, distributing, manufacturing, or displaying any products which bear Plaintiffs' trademarks.

The Clerk is directed to enter judgment consistent with this order and close the file in this matter.

**IT IS SO ORDERED.**

Dated: June 3, 2024

_____
**ARACELI MARTÍNEZ-OLGUÍN**
**United States District Judge**